%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Delaware__

DENNIS E. PARKSTONE, III,

Plaintiff,

v.

CHRISTOPHER A. COONS,
individually and in his official capacity;
RICHARD PRZYWARA, individually
and in his official capacity; and
NEW CASTLE COUNTY, a municipal
corporation,

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-465

TO: (Name and address of Defendant)

RICHARD PRZYWARA
General Manager of Special Services
New Castle County Government Center
87 Reads Way
New Castle, DE 19720

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

TIMOTHY J. WILSON, ESQUIRE
Martin & Wilson, P.A.
1508 Pennsylvania Avenue
Wilmington, DE 19806

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE  JUL 2 6 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/27/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| WILLIAM THEIS | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED RICHARD PRZYWARA, GENERAL MANAGER OF SPECIAL SERVICES, NC COUNTY GOVERNMENT CENTER, 87 READS WAY, NEW CASTLE, DE 19720 AT 3:27 PM. PERSON ACCEPTING: SUSAN DIAZ

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/27/07
                  Date

Signature of Server

230 N MARKET ST, WILM DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.