IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS E. PARKSTONE, III : <br> : <br> **Plaintiff** : <br> : <br> v. : <br> : <br> CHRISTOPHER A. COONS, : <br> individually and in his official capacity; : <br> RICHARD PRZYWARA, individually : <br> and in his official capacity; and : <br> NEW CASTLE COUNTY, a municipal : <br> corporation, : <br> : <br> **Defendants.** : | C.A. No. 07-465-SLR <br><br> JURY TRIAL DEMANDED |

## DEFENDANTS' MOTION TO DISMISS

Defendants, through their undersigned counsel, respectfully move for Dismissal on all counts of the Complaint of Dennis E. Parkstone, III. The grounds for this Motion are set forth in the Opening Brief in Support of Defendants' Motion to Dismiss, which is filed separately.

Respectfully submitted,

 /s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. ( #716)
Michele D. Allen (#4359)
Two Mill Road, Suite 200
Wilmington, DE 19806
Rwier@wierlaw.com
302.888.3222
Attorney for Defendant

Dated: September 17, 2007

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DENNIS E. PARKSTONE, III | : | |
| | : | |
| Plaintiff | : | |
| | : | C.A. No. 07-465-SLR |
| v. | : | |
| | : | |
| CHRISTOPHER A. COONS, | : | |
| individually and in his official capacity; | : | |
| RICHARD PRZYWARA, individually | : | JURY TRIAL DEMANDED |
| and in his official capacity; and | : | |
| NEW CASTLE COUNTY, a municipal | : | |
| corporation, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I certify that on this 17th day of September, 2007 have caused a true and correct copy of

the attached Motion to Dismiss to be ELECTRONICALLY FILED, and copied to:

Timothy James Wilson, Esquire
Martin & Wilson, P.A.
1508 Pennsylvania Avenue
Wilmington, DE 19806

          /s/ *Richard R. Wier, Jr.*
Richard R. Wier, Jr. ( #716)
Michele D. Allen (#4359)
Two Mill Road, Suite 200
Wilmington, DE 19806
Rwier@wierlaw.com
302.888.3222
Attorney for Defendant

Dated: September 17, 2007

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DENNIS E. PARKSTONE, III** | : | |
| | : | |
| Plaintiff | : | |
| | : | C.A. No. 07-465 |
| v. | : | |
| | : | |
| **CHRISTOPHER A. COONS,** | : | |
| individually and in his official capacity; | : | |
| **RICHARD PRZYWARA,** individually | : | **JURY TRIAL DEMANDED** |
| and in his official capacity; and | : | |
| **NEW CASTLE COUNTY,** a municipal | : | |
| corporation, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF MOTION

Please take notice that the Plaintiff's Motion to Dismiss will be presented to the Court at the Court's earliest convenience.

                                            RICHARD R. WIER, JR., P.A.

                                            /s/ Richard R. Wier, Jr.
                                        Richard R. Wier, Jr., Esquire (#716)
                                        Michele D. Allen, Esquire (#4359)
                                        Two Mill Road, Suite 200
                                        Wilmington, Delaware 19806
                                        (302)888-3222

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DENNIS E. PARKSTONE, III** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | C.A. No. 07-465 |
| v. | : | |
| | : | |
| **CHRISTOPHER A. COONS,** | : | |
| **individually and in his official capacity;** | : | |
| **RICHARD PRZYWARA, individually** | : | **JURY TRIAL DEMANDED** |
| **and in his official capacity; and** | : | |
| **NEW CASTLE COUNTY, a municipal** | : | |
| **corporation,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon Plaintiff's Motion to Dismiss in the above-captioned case,

IT IS ORDERED this _____ Day of _____ A.D. 2007 that:

Plaintiff's motion is GRANTED.

_____
                                                              J.