IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS E. PARKSTONE, III, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 07-465-SLR |
| v. : | |
| : | |
| CHRISTOPHER A. COONS, : | |
| individually and in his official capacity; : | |
| RICHARD PRZYWARA, individually : | JURY TRIAL DEMANDED |
| and in his official capacity; and : | |
| NEW CASTLE COUNTY, a municipal : | |
| corporation, : | |
| : | |
| Defendants. : | |

**STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S
<u>ANSWERING BRIEF TO DEFENDANTS MOTION TO DISMISS</u>**

The parties, by and through their undersigned counsel, do hereby stipulate to an extension of time for the Plaintiff to file his Answering Brief to Defendants' Motion to Dismiss in the above-captioned matter to October 8, 2007

| | |
|---|---|
| **MARTIN & WILSON, P.A.** | **RICHARD R. WIER, JR. P.A.** |
| /s/ Timothy J. Wilson | /s/ Richard R. Wier |
| Timothy J. Wilson, Esq. (ID#4323) | Richard R. Wier, Jr., Esq. (ID#716) |
| Jeffrey K. Martin, Esq. (ID#2407) | Michele D. Allen, Esq. (#4359) |
| 1508 Pennsylvania Avenue | Two Mill Road, Suite 200 |
| Wilmington, DE 19806 | Wilmington, DE 19806 |
| (302) 777-4681 | (302) 888-3222 |
| Attorneys for Plaintiff | Attorneys for Defendants |

**IT IS SO ORDERED**, this ___ day of _____, 200__.

_____
J.