IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS E. PARKSTONE, III, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No.  C.A. No. 07-465-SLR |
| v. : | |
| : | |
| CHRISTOPHER A. COONS, : | |
| individually and in his official capacity; : | |
| RICHARD PRZYWARA, individually : | JURY TRIAL DEMANDED |
| and in his official capacity; and : | |
| NEW CASTLE COUNTY, a municipal : | |
| corporation, : | |
| : | |
| Defendants. : | |
| : | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, through his undersigned counsel, respectfully opposes Defendants' Motion to Dismiss in the above-captioned case. The grounds for his opposition are set forth in Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss, which is filed separately.

Respectfully submitted,

_____
Timothy J. Wilson, Esq. (DE #4323)
Jeffrey K. Martin, Esq. (DE #2407)
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681 – telephone
twilson@martinandwilson.com
jmartin@martinandwilson.com
*Attorneys for Plaintiff*

Dated: October 9, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS E. PARKSTONE, III, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No.  C.A. No. 07-465-SLR |
| v. | : |
| | : |
| CHRISTOPHER A. COONS, | : |
| individually and in his official capacity; | : |
| RICHARD PRZYWARA, individually | : JURY TRIAL DEMANDED |
| and in his official capacity; and | : |
| NEW CASTLE COUNTY, a municipal | : |
| corporation, | : |
| | : |
| Defendants. | : |
| | : |

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, do hereby certify that on this 9th day of October, 2007, a true and correct copy of the attached Plaintiff's Opposition to Defendants' Motion to Dismiss was ELECTRONICALLY Filed and copied to:

Richard R. Wier, Jr., Esq. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806

_____
Timothy J. Wilson, Esq. (DE #4323)
Jeffrey K. Martin, Esq. (DE #2407)
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681 – telephone
twilson@martinandwilson.com
jmartin@martinandwilson.com
*Attorneys for Plaintiff*

Dated: October 9, 2007