IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS E. PARKSTONE, III, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No.  C.A. No. 07-465-SLR |
| v. | : |
| | : |
| CHRISTOPHER A. COONS, | : |
| individually and in his official capacity; | : |
| RICHARD PRZYWARA, individually | : JURY TRIAL DEMANDED |
| and in his official capacity; and | : |
| NEW CASTLE COUNTY, a municipal | : |
| corporation, | : |
| | : |
| Defendants. | : |
| | : |

## ORDER

Upon consideration of the Defendants' Motion to Dismiss, Plaintiff's Opposition thereto, this _____ day of _____, 2007, it is hereby,

ORDERED, that Defendants' Motion to Dismiss is DENIED.

_____

J.