## IN THE UNITED STATES DISTRICT
## FOR THE DISTRICT OF DELAWARE

DENNIS E. PARKSTONE, III          :
                                  :
          Plaintiff               :
                                  :
                                  :          C.A. No. 07-465-SLR
     v.                           :
                                  :
CHRISTOPHER A. COONS,             :
individually and in his official capacity;   :
RICHARD PRZYWARA, individually    :
and in his official capacity; and :          JURY TRIAL DEMANDED
NEW CASTLE COUNTY, a municipal    :
corporation,                      :
                                  :
          Defendants.             :

### STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANTS'
### REPLY BRIEF TO PLAINTIFF'S ANSWERING BRIEF

The parties, by and through their undersigned counsel, do hereby stipulate to an extension of

time for the Defendants to file a Reply Brief to Plaintiff's Answering Brief in the above-captioned

matter to October 22, 2007.

**RICHARD R. WIER, JR. P.A**                    **MARTIN & WILSON, P.A.**

/s/ Michele D. Allen                            /s/ Timothy J. Wilson
Richard R. Wier, Jr. Esq. (#716)                Timothy J. Wilson, Esq. (#4323)
Michele D. Allen, Esq. (#4359)                  Jeffrey K. Martin, Esq. (#2407)
Two Mill Road, Suite 200                        1508 Pennsylvania Avenue
Wilmington, DE 19806                            Wilmington, DE 19806
(302) 888-3222                                  (302) 777-4681
Attorneys for Defendants                        Attorneys for Plaintiff

**IT IS SO ORDERED, this _____ day of _____, 2007.**

_____
                J.