IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS E. PARKSTONE, III, | : |
| Plaintiff, | : |
| v. | : Civ. No. 07-465-SLR-LPS |
| CHRISTOPHER A. COONS, individually and in his official capacity; RICHARD PRZYWARA, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : |
| Defendants. | : |

## ORDER

A teleconference having been held at Wilmington this **23rd** day of **January, 2008** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **June 25, 2008 at 11:30 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE