IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DENNIS E. PARKSTONE, III | : | |
| Plaintiff | : | |
| | : | C.A. No. 07-465-SLR |
| v. | : | |
| CHRISTOPHER A. COONS, individually and in his official capacity; RICHARD PRZYWARA, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : : : : : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Michele D. Allen, certify that on this 11th day of March 2008, I served a copy of Defendants' Rule 26 Disclosures on Tim Wilson, Esquire, counsel for Plaintiff BY E-MAIL

RICHARD R. WIER, JR., P.A.

By: /s/Michel D. Allen
    Richard R. Wier, Jr. (#716)
    Michele D. Allen(#4356)
    Two Mill Road, Suite 200
    Wilmington, DE 19806
    (302) 888-3222