THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS E. PARKSTONE, III, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. C.A. No. 07-465-SLR |
| v. : | |
| : | |
| CHRISTOPHER A. COONS, : | |
| individually and in his official capacity; : | |
| RICHARD PRZYWARA, individually : | JURY TRIAL DEMANDED |
| and in his official capacity; and : | |
| NEW CASTLE COUNTY, a municipal : | |
| corporation, : | |
| : | |
| Defendants. : | |
| : | |

## NOTICE OF SERVICE

I, Timothy J. Wilson, certify that on this 12th day of March 2008, I served a copy of Plaintiff's Rule 26 (a) Pre-Discovery Disclosures on Michele D. Allen, counsel for Defendants' via electronic mail.

MARTIN & WILSON, P.A.

/s/ Timothy J. Wilson

TIMOTHY J. WILSON, ESQUIRE
JEFFREY K. MARTIN, ESQUIRE
DE Bar I.D. No.: 4323
DE Bar I.D. No.: 2407
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681
twilson@martinandwilson.com
jmartin@martinandwilson.com
*Attorneys for the Plaintiff*

DATED:   March 12, 2008