IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DENNIS E. PARKSTONE, III, | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 07-465-SLR-LPS |
| CHRISTOPHER A. COONS, individually and in his official capacity; RICHARD PRZYWARA, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : | |
| Defendants. | : | |

### ORDER

A teleconference having been held at Wilmington this **25th** day of **June, 2008** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **September 30, 2008 at 10:00 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE