# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

**RICHARD R. WIER, JR.*** 

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

(302) 888-3222
FAX (302) 888-3225

**MICHELE D. ALLEN***

www.Wierlaw.com

RWier@Wierlaw.com
MAllen@Wierlaw.com

*ALSO ADMITTED IN PA*

July 21, 2008

**Via Electronic Filing**
The Honorable Sue Robinson
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    Parkstone v. New Castle County, et. al.
             C.A. No. 07-465 SLR

Dear Judge Robinson:

      We are writing your Honor to request a brief extension of the discovery deadline in the above referenced case. Discovery is currently scheduled to end on September 15, 2008. Due to both counsel's schedules, it is becoming increasingly difficult to complete discovery in this case by September 15, 2008. Therefore, we request a brief extension of discovery until October 15, 2008. Additionally, we request that the expert disclosure deadline be extended from July 30, 2008 until August 30, 2008 and disclosure of rebuttal expert witnesses be extended from August 30, 2008 until September 30, 2008.

      We do not believe that this brief extension will have any impact on any of the other dates in the scheduling order. Attached for the Court's convenience is a proposed order.

      We are available at the Court's convenience if there are any questions.

      Respectfully submitted,

| **RICHARD R. WIER, JR. P.A.** | **MARTIN & WILSON, P.A.** |
|---|---|
| /s/ Michele D. Allen | /s/ Timothy J. Wilson |
| Michele D. Allen (#4359) | Timothy J. Wilson (#4323) |
| Richard R. Wier, Jr. (#716) | Jeffrey K. Martin (#2407) |
| Two Mill Road, Suite 200 | 1508 Pennsylvania Avenue |
| Wilmington, DE 19806 | Wilmington, DE 19806 |
| (302) 888-3222 telephone | (302) 777-4681 - telephone |
| (302) 888-3225 facsimile | (302) 777-5803 - facsimile |
| mallen@wierlaw.com | twilson@martinandwilson.com |
| rwier@wierlaw.com | jmartin@martinandwilson.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DENNIS E. PARKSTONE, III** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | C.A. No. 07-465-SLR |
| v. | : | |
| | : | |
| **CHRISTOPHER A. COONS,** | : | |
| individually and in his official capacity; | : | |
| **RICHARD PRZYWARA,** individually | : | **JURY TRIAL DEMANDED** |
| and in his official capacity; and | : | |
| **NEW CASTLE COUNTY,** a municipal | : | |
| corporation, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

IT IS ORDERED this _____ Day of _____ 2008 that discovery in the above referenced case is hereby extended until October 15, 2008.  Reports from any retained experts under Rule 26(a)(2) on issues for the party who has the burden of proof are hereby extended until August 30, 2008.  Rebuttal expert reports are hereby extended until September 30, 2008.

_____
The Honorable Sue L. Robinson