IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DENNIS E. PARKSTONE, III | : | |
| | : | |
| Plaintiff | : | |
| | : | C.A. No. 07-465-SLR |
| v. | : | |
| | : | |
| CHRISTOPHER A. COONS, | : | |
| individually and in his official capacity; | : | |
| RICHARD PRZYWARA, individually | : | JURY TRIAL DEMANDED |
| and in his official capacity; and | : | |
| NEW CASTLE COUNTY, a municipal | : | |
| corporation, | : | |
| | : | |
| Defendants. | : | |

## ORDER

IT IS ORDERED this 28th Day of July 2008 that discovery in the above referenced case is hereby extended until October 15, 2008. Reports from any retained experts under Rule 26(a)(2) on issues for the party who has the burden of proof are hereby extended until August 30, 2008. Rebuttal expert reports are hereby extended until September 30, 2008.

_____
The Honorable Sue L. Robinson