IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS E. PARKSTONE, III<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER A. COONS,<br>individually and in his official capacity;<br>RICHARD PRZYWARA, individually<br>and in his official capacity; and<br>NEW CASTLE COUNTY, a municipal<br>corporation,<br><br>Defendants. | C.A. No. 07-465-SLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I, Michele D. Allen, Esquire, hereby certify that on August 18th, two copies of the Defendant's First Set of Interrogatories, and Defendant's First Set of Requests for Production of Documents was served via U.S. Mail upon the following counsel and I am filing this Notice of Service, electronically as evidence of this service.

Timothy Wilson, Esq.
Martin & Wilson, P. A.
1508 Pennsylvania Avenue
Wilmington, DE 19806

RICHARD R. WIER, JR., P.A.

___/s/ Michele D. Allen___
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222