IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS E. PARKSTONE, III : <br> : <br> **Plaintiff** : <br> : <br> v. : <br> : <br> CHRISTOPHER A. COONS, : <br> individually and in his official capacity; : <br> RICHARD PRZYWARA, individually : <br> and in his official capacity; and : <br> NEW CASTLE COUNTY, a municipal : <br> corporation, : <br> : <br> **Defendants.** : | C.A. No. 07-465-SLR <br><br> JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that Defendants will take the deposition of Dennis E. Parkston, III. on September 26, 2008 beginning at 10 a.m. The deposition shall continue thereafter until terminated by Defendants. The deposition will take place at the law office of Richard R. Wier, Jr. P.A. located at Two Mill Road Suite 200 Wilmington DE 19806 and will be recorded stenographically and/or video graphically, and/or audio graphically, before a notary public or other person authorized to administer oaths.

RICHARD R. WIER, JR., P.A.

/s/Michele D. Allen
Richard R. Wier, Jr.(#716)
Michele D. Allen (#4359)
Two Mill Road - Suite 200
Wilmington, DE 19806
(302)888-3222

Dated: August 20, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DENNIS E. PARKSTONE, III | : | |
| **Plaintiff** | : | |
| | : | C.A. No. 07-465-SLR |
| v. | : | |
| | : | |
| CHRISTOPHER A. COONS, individually and in his official capacity; RICHARD PRZYWARA, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : | **JURY TRIAL DEMANDED** |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

I certify that on this 20th of August, 2008, I caused two (2) true and correct copies of the attached to be served BY FIRST CLASS MAIL and CM/ECF on:

Timothy J. Wilson, Esquire
Jeffrey K. Martin, Esquire
1508 Pennsylvania Avenue
Wilmington, DE 19806
jmartin@martinandwilson.com
twilson@martinandwilson.com

RICHARD R. WIER, JR., P.A.
/s/Michele D. Allen
Richard R. Wier, Jr.(#716)
Michele D. Allen (#4359)
Two Mill Road - Suite 200
Wilmington, DE 19806
(302)888-3222