IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS E. PARKSTONE, III, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 07-465-SLR-LPS |
| : | |
| CHRISTOPHER A. COONS, individually : | |
| and in his official capacity; RICHARD : | |
| PRZYWARA, individually and in his official : | |
| capacity; and NEW CASTLE COUNTY, a : | |
| municipal corporation, : | |
| : | |
| Defendants. : | |

### ORDER

At Wilmington this **26th** day of **August, 2008**:

IT IS ORDERED that the mediation tele-conference scheduled for **September 30th, 2008 at 10:00 a.m.** before Magistrate Judge Leonard P. Stark is hereby **CANCELED** and rescheduled for **October 1st, 2008 at 10:30 am**.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

_____
UNITED STATES MAGISTRATE JUDGE