**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DENNIS E. PARKSTONE, III, | : | |
| | : | C. A. No. 07-465-SLR |
| Plaintiff, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| CHRISTOPHER A. COONS, | : | |
| individually and in his official capacity; | : | |
| RICHARD PRZYWARA, individually | : | |
| and in his official capacity; and | : | |
| NEW CASTLE COUNTY, a municipal | : | |
| corporation, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF SERVICE

I, Timothy J. Wilson, Esquire, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of *Plaintiff Dennis E. Parkstone, III's First Request For Production Of Documents Directed To Defendant New Castle County* was served by First Class Mail on August 27, 2008 to the following:

Richard R. Weir, Esquire
Two Mill Road, Suite 200
Wilmington, DE 19806

MARTIN & WILSON, P.A.

TIMOTHY J. WILSON     (ID No. 4323)
JEFFREY K. MARTIN     (ID No. 2407)
1508 Pennsylvania Ave
Wilmington, DE 19806
302-777-4680
twilson@martinandwilson.com
jmartin@martinandwilson.com
*Attorneys for the Plaintiff*