## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DENNIS E. PARKSTONE, III,                 :
                                          :        C. A. No. 07-465-SLR
            Plaintiff,                    :
                                          :        JURY TRIAL DEMANDED
      v.                                  :
                                          :
CHRISTOPHER A. COONS,                     :
individually and in his official capacity; :
RICHARD PRZYWARA, individually            :
and in his official capacity; and         :
NEW CASTLE COUNTY, a municipal            :
corporation,                              :
                                          :
            Defendants.                   :
                                          :

### NOTICE OF SERVICE

I, Timothy J. Wilson, Esquire, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of *Plaintiff Dennis E. Parkstone, III's First Set Of Interrogatories Directed To Defendant New Castle County* was served by First Class Mail to the following:

> Richard R. Weir, Jr., Esquire
> Michele D. Allen, Esquire
> Two Mill Road, Suite 200
> Wilmington, DE 19806

MARTIN & WILSON, P.A.

TIMOTHY J. WILSON      (ID No. 4323)
JEFFREY K. MARTIN      (ID No. 2407)
1508 Pennsylvania Ave
Wilmington, DE 19806
302-777-4680
twilson@martinandwilson.com
jmartin@martinandwilson.com
*Attorneys for the Plaintiff*

DATED:  August 28, 2008