IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS E. PARKSTONE, III, | : |
| | : C. A. No. 07-465-SLR |
| Plaintiff, | : |
| | : JURY TRIAL DEMANDED |
| v. | : |
| | : |
| CHRISTOPHER A. COONS, | : |
| individually and in his official capacity; | : |
| RICHARD PRZYWARA, individually | : |
| and in his official capacity; and | : |
| NEW CASTLE COUNTY, a municipal | : |
| corporation, | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF SERVICE

I, Timothy J. Wilson, Esquire, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of ***Plaintiff Dennis E. Parkstone, III's First Request For Production Of Documents Directed To Defendant Christopher A. Coons*** were served by First Class Mail to the following:

> Richard R. Weir, Jr., Esquire
> Michele D. Allen, Esquire
> Two Mill Road, Suite 200
> Wilmington, DE 19806

MARTIN & WILSON, P.A.

/s/ Timothy J. Wilson

TIMOTHY J. WILSON   (ID No. 4323)
JEFFREY K. MARTIN   (ID No. 2407)
1508 Pennsylvania Ave
Wilmington, DE 19806
302-777-4680
twilson@martinandwilson.com
jmartin@martinandwilson.com
*Attorneys for the Plaintiff*

DATED: September 2, 2008