IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS E. PARKSTONE, III,<br><br>      Plaintiff,<br><br>v.<br><br>CHRISTOPHER A. COONS,<br>individually and in his official capacity;<br>RICHARD PRZYWARA, individually<br>and in his official capacity; and<br>NEW CASTLE COUNTY, a municipal<br>corporation,<br><br>      Defendants. | :<br>:  C. A. No. 07-465-SLR<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, Timothy J. Wilson, Esquire, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of ***Plaintiff Dennis E. Parkstone, III's First Request For Production Of Documents Directed To Defendant Richard Przywara*** were served by First Class Mail to the following:

    Richard R. Weir, Jr., Esquire
    Michele D. Allen, Esquire
    Two Mill Road, Suite 200
    Wilmington, DE 19806

                                                        MARTIN & WILSON, P.A.

                                                        /s/ Timothy J. Wilson

                                                        TIMOTHY J. WILSON  (ID No. 4323)
                                                        JEFFREY K. MARTIN  (ID No. 2407)
                                                        1508 Pennsylvania Ave
                                                        Wilmington, DE 19806
                                                         302-777-4680
                                                         twilson@martinandwilson.com
                                                         jmartin@martinandwilson.com
                                                        *Attorneys for the Plaintiff*

DATED: September 2, 2008