IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS E. PARKSTONE, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-465-SLR/MPT |
| | ) |
| CHRISTOPHER A. COONS, | ) |
| RICHARD PRZYWARA, and | ) |
| NEW CASTLE COUNTY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 27th day of May, 2009, having considered the Report and Recommendation of United States Magistrate Judge Mary Pat Thynge issued on April 20, 2009, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been filed;

IT IS ORDERED that:

1. Magistrate Judge Thynge's Report and Recommendation (D.I. 62) is adopted.

2. Defendants' motion for summary judgment (D.I. 46) is granted.

3. The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff.

_____
United States District Judge