IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS E. PARKSTONE, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-465-SLR/MPT |
| CHRISTOPHER A. COONS, RICHARD PRZYWARA, and NEW CASTLE COUNTY, | ) ) ) ) ) |
| Defendants. | ) ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's order of May 27, 2009;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Christopher A. Coons, Richard Przywara, and New Castle County and against plaintiff Dennis E. Parkstone, III.

_____
United States District Judge

Dated: 5/29/09

_____
(By) Deputy Clerk